# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander Roxburgh,<br><br>        Plaintiff,<br><br>v.<br><br>Yogis Teriyaki & Grill Incorporated,<br><br>        Defendant. | No. CV-23-00529-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Notice of Voluntary Dismissal (Doc. 7), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 7). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 18th day of April, 2023.

_____
Honorable John J. Tuchi
United States District Judge